Nancy E. Rister
Williamson County Clerk
nrister@wilco.org.



Civil/Probate Division

405 M.L.K., Box 14
Georgetown, TX 78626
Civil Main:     (512) 943-1140
Fax:            (512) 943-1154

**September 10, 2015**

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas  78711-1733

    Re:   **Court of Appeals No. 03-15-00395-CV**
        *Trial Court Case No. 15-0344-CC4*
        *Jose Chavez vs Dalton Pugh and Nancy Pugh*

Dear Court of Appeals:

  Please note, in reference to your email in regards to filing a supplemental clerk's record by September 11, 2015 on the order of severance in the above case, please note, there was NO order to sever filed in this case.

  If you should have any questions regarding this letter please do not hesitate to contact our office.

                Sincerely,

                /s/ R. Cockrell
                Deputy Clerk, Civil/Probate

/rc
cc: file